United States District Court
For the Northern District of California

1    *E-FILED: February 20, 2013*

2

3

4

5    NOT FOR CITATION

6    IN THE UNITED STATES DISTRICT COURT

7    FOR THE NORTHERN DISTRICT OF CALIFORNIA

8    SAN JOSE DIVISION

9    HILDA L. SOLIS,                          No. C13-00325 HRL
     Secretary of Labor,
10   United States Department of Labor        **ORDER TO SHOW CAUSE RE:**
                                              **ENFORCEMENT OF**
11              Petitioner,                   **ADMINISTRATIVE SUBPOENA**
          v.
12
     GARDEN CITY, INC., dba CASINO
13   M8TRIX, a corporation,

14              Respondent.
     _____/
15

16       Good cause having been shown by the petitioners upon the petition filed in the above-

17   entitled proceeding on January 23, 2013, IT IS ORDERED that:

18
         1.      Respondent Garden City, Inc., dba Casino M8trix shall appear before this court on
19
20   **April 23, 2013 at 10:00 a.m.** in Courtroom No. 2, Fifth Floor, United States District Court, 280

21   South First Street, San Jose, California, and then and there show cause, if any, why respondent

22   should not be compelled to appear and provide documents and testimony as required by the

23   subpoena *duces tecum* served upon respondent as alleged and set forth in the petition.

24
         2.      Petitioners shall serve a copy of this Order to Show Cause, together with a copy
25
26   of the petition, upon respondent in accordance with Rule 4 of the Federal Rules of Civil

27   Procedure at least thirty-five (35) days before the return date of this order specified above.

28

3.    On or before **April 2, 2013**, respondent may file and serve a written response to the petition, supported by appropriate affidavit(s) or declaration(s) in conformance with 28 U.S.C. § 1746, as well as any motion respondent desires to make.

4.    On or before **April 9, 2013**, petitioners may file and serve a written reply to such response, if any.

5.    All motions and issues raised by the pleadings will be considered on the return date of this order, and only those issues raised by motion or brought into controversy by the responsive pleadings and supported by affidavit(s) or declaration(s) will be considered at the return of this order. Any uncontested allegation in the pleading will be considered admitted.

6.    The parties are reminded that this civil case has been randomly assigned to a magistrate judge for all purposes including trial. Accordingly, the parties shall, **no later than April 16, 2013**, file either (1) a Consent to Proceed before a United States Magistrate Judge or (2) a Declination to Proceed before a Magistrate Judge and Request for Reassignment to a United States District Judge. *See* N.D. Cal. Civ. R. 73-1. The consent and declination forms are available at the Clerk's Office and may also be obtained from the court's website at http://www.cand.uscourts.gov.

Dated: February 20, 2013

_____

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

2

**United States District Court**
For the Northern District of California

1   **C13-00325 HRL Order will be electronically mailed to:**

2   Benjamin Richard Botts botts.benjamin.r@dol.gov

3   **Counsel are responsible for distributing copies of this document to co-counsel who have not
    registered for e-filing under the court's CM/ECF program.**

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28