*E-FILED: April 23, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SETH D. HARRIS[1], <br> Secretary of Labor, <br> United States Department of Labor <br><br>  Petitioner, <br> v. <br><br> GARDEN CITY, INC., dba CASINO M8TRIX, a corporation, <br><br>  Respondent. | No. C13-00325 HRL <br><br> **ORDER ENFORCING ADMINISTRATIVE SUBPOENA** |

Good cause appearing, the Secretary of Labor's Petition to Enforce Administrative Subpoena *Duces Tecum* served on Respondent Garden City, Inc., dba Casino M8Trix ("Garden City"), on October 17, 2012, is hereby GRANTED.

No later than thirty days following entry of this Order, Garden City shall produce the documents demanded by the subpoena by submitting electronic or hard copies to the Secretary's representatives at the Wage and Hour Division, U.S. Department of Labor, 96 North Third Street, Suite 400, San Jose, CA 95112.

---

[1] Seth D. Harris was appointed as Acting Secretary of Labor on January 24, 2013.

The applicable statute of limitations is tolled from September 19, 2012, the date the Wage and Hour Division first requested the relevant documents from Garden City, until Garden City has complied with the subpoena and this Order.

IT IS SO ORDERED.

Dated: April 23, 2013

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C13-00325 HRL Order will be electronically mailed to:**

Benjamin Richard Botts  botts.benjamin.r@dol.gov

Mark Henry VanBrussel  mvanbrussel@cdflaborlaw.com, cirvine@cdflaborlaw.com, ekastern@cdflaborlaw.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**